[No. 47045-1-I. Division One. February 11, 2002.]

*In the Matter of the Personal Restraint of* RICKY ARNTSEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-2-20329-1, Ronald Kessler, J., dismissing a petition for relief from personal restraint. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Grosse J.

[No. 47173-2-I. Division One. February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE CHARLES ANDREWS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-07993-9, Michael J. Fox, J., entered August 9, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Appelwick, J.

[No. 47632-7-I. Division One. February 11, 2002.]

GERALD HENRY JONES, *Appellant*, v. WILLIE WILLIAMS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 00-2-17641-4, Michael Heavey, J., entered October 30, 2000. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Kennedy and Schindler, JJ.

[No. 47691-2-I. Division One. February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. C.H.W., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-8-03000-4, Julie Spector, J., entered November 8, 2000. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid, C.J., and Cox, J.